IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| DELBERT ROGERS,<br>Institutional ID No. 02634254,<br><br>　　　　Plaintiff,<br><br>V.<br><br>GREGG ABBOTT, *et al.*,<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 5:23-CV-058-BV |

## JUDGMENT

It is **ORDERED** and **ADJUDGED** that Plaintiff's Amended Complaint and all claims alleged therein are dismissed with prejudice.

**SO ORDERED.**

Dated: January 8, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　*Amy Burch*
　　　　　　　　　　　　　　　　　　　　　　　　**AMANDA 'AMY' R. BURCH**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**